IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| **TRAXCELL TECHNOLOGIES II, LLC,** *Plaintiff,* v. **JUNIPER NETWORKS, INC.,** *Defendant.* | **Civil Action No. 1:25-CV-00360-ER** |

## ~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO TRANSFER

Before the Court is the Joint Motion to Transfer Case to the United States District Court for the Northern District of California (the "Motion"). In the Motion, Plaintiff Traxcell Technologies II, LLC ("Plaintiff") and Defendant Juniper Networks, Inc. ("Defendant") (together, "the Parties") jointly request transfer of the above-captioned case to the United States District Court for the Northern District of California. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is further **ORDERED** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Northern District of California and all deadlines in this action are stayed pending transfer.

It is **ORDERED** that the Clerk of the Court is to transfer the instant case to the United States District Court for the Northern District of California and close the file in this case.

**SO ORDERED** this  16  day of April, 2025 in New York, New York.

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE